IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HO KEUNG, TSE,<br>Room 1535, 15/F., Tai On Lau, Sai Wan Ho,<br>Hong Kong,<br>Hktse2007@gmail.com<br><br>　　　　　Plaintiff *pro se*,<br>　v.<br><br>HON. DAVID KAPPAS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States Patent<br>and Trademark Office<br><br>　　　　　Defendant. | **Civil Action No. 1:11-cv-01127-HHK**<br><br>MOTION TO DISMISS DEFENDANT<br>HON. DAVID KAPPAS |

　　Plaintiff hereby dismisses the sole Defendant Hon. David Kappas in this action.

　　Plaintiff has just filed an appeal, for a review of the US Patent and Trademark Office's final decision in the Ex Parte Reexamination (Appeal no. 2010-010807) which is presently under appeal in the instant action, to the United States Court of Appeals for the Federal Circuit, out of consideration that this Court may not have jurisdiction of appeals from Ex Parte Reexaminations of the United States Patent and Trademark Office (USPTO), at least this is the position of the USPTO.

　　And even this Court does have, Plaintiff anticipates the USPTO will challenge it and Plaintiff doesn't want to be involved into a jurisdiction dispute that Plaintiff has little knowledge and that has nothing to do with the merits of the appeal itself.

　　Signed this $22^{st}$ day of July, 2011.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　(Signature of Ho Keung TSE)

1

RECEIVED
Mail Room
JUL 25 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HO KEUNG, TSE,<br>Room 1535, 15/F., Tai On Lau, Sai Wan Ho,<br>Hong Kong,<br>Hktse2007@gmail.com<br><br>　　　　　Plaintiff *pro se*,<br>　v.<br><br>HON. DAVID KAPPAS<br>Under Secretary of Commerce for Intellectual<br>Property and Director of the United States Patent<br>and Trademark Office<br><br>　　　　　Defendant. | **Civil Action No. 1:11-cv-01127-HHK**<br><br>CERTIFICATE OF SERVICE |

I, the Plaintiff, Ho Keung, TSE hereby certify that I am above 18 years of age and on July 22, 2011 Hong Kong time, I send the following document via air mail to Defendant Hon. David Kappas, U.S. Attorney General and U.S. Attorney for the District of Columbia :

a)　　PLAINTIFF'S MOTION TO DISMISS DEFENDANT HON. DAVID KAPPAS,

b)　　A [PROPOSED] ORDER for the MOTION TO DISMISS DEFENDANT HON. DAVID KAPPAS.

Their addresses for service are as follows :

U.S. Attorney General

950 Pennsylvania Avenue, NW, Washington, DC 20530.

USA

U.S. Attorney for the District of Columbia

1

2

c/o Civil Process Clerk, United States Attorney's Office,

555 Fourth Street, NW, Washington, DC 20530.

USA


HON. DAVID KAPPAS

Under Secretary of Commerce for Intellectual Property

and Director of the United States Patent and Trademark Office

Madison Building

600 Dulany Street

Alexandria, VA 22314,

USA

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date : July 22, 2011


_____
(Signature of   Ho Keung TSE)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HO KEUNG, TSE,<br>Room 1535, 15/F., Tai On Lau, Sai Wan Ho,<br>Hong Kong,<br>Hktse2007@gmail.com<br><br>      Plaintiff *pro se*,<br>v.<br><br>HON. DAVID KAPPAS<br>Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office<br><br>      Defendant. | **Civil Action No. 1:11-cv-01127-HHK** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Defendant Hon. David Kappas, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**.

It is **SO ORDERED**.

Date :

                                                  HENRY H. KENNEDY, JR.
                                                  United States District Judge